UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRANISLAV MIUCIN,

Plaintiff(s)

26 civ 5171 (JGK)

-against-

92ND REALTY LLC, et al,

Defendant(s).
-------------------------------------------------------------X

**ORDER**

The conference scheduled for Wednesday, September 23, 2026, at 3:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
September 17, 2026