UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANISLAV MIUCIN,

Plaintiff,

- against -

92ND REALTY LLC, ET AL.,

Defendants.

26-cv-5171 (JGK)

**Order**

JOHN G. KOELTL, District Judge:

The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss the amended complaint (ECF No. 26) in accordance with the Court's individual practices.

SO ORDERED.

Dated: New York, New York
November 13, 2026

John G. Koeltl
United States District Judge